# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**BETTY PAUL**

            **Plaintiff,**

v.                                                Case No.: 10-CV-2592-GLR

**HOANG HUU NGYUN PHAM**

            **Defendant.**

## ORDER OF DISMISSAL

THE COURT, having reviewed the Stipulation for Dismissal With Prejudice filed herein by the Plaintiff Betty Paul, hereby dismisses the above-captioned action with prejudice towards the bringing of another action.

The costs of the action shall be borne by the parties that incurred them.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

**Dated this 27th day of October, 2011.**

                                                      S/ Gerald L. Rushfelt
                                                      GERALD L. RUSHFELT
                                                      UNITED STATES MAGISTRATE JUDGE

APPROVED BY:

| | |
|---|---|
| /s/ Todd C. Barrett | /s/ Matthew L. Bretz |
| Todd C. Barrett  #40032 | Matthew L. Bretz |
| HARRIS McCAUSLAND, P.C. | 1227 N. Main Street |
| 9233 Ward Parkway, Suite 270 | P.O. Box 1782 |
| Kansas City, Missouri 64114 | Hutchinson, Kansas  67504-1782 |
| (816) 523-3000/FAX (816) 523-1588 | (620) 662-3435/FAX (620) 662-3445 |
| ATTORNEY FOR DEFENDANT | matt@bretzpilaw.com |
| | ATTORNEY FOR PLAINTIFF |